UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. C-07-49 |
| | § | |
| FELIPE MOYA SALAZAR, JR. | § | |

### ORDER TO DISMISS COUNT TWO OF THE INDICTMENT

It is hereby ORDERED that Count Two, only, of the above-entitled and numbered Indictment be **DISMISSED** as to the defendant, FELIPE MOYA SALAZAR, JR.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED this 15th day of June, 2007.

UNITED STATES DISTRICT JUDGE